IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA ADOLPHSON,<br>    Plaintiff,<br><br>   v.<br><br>ERIE INSURANCE INDEMNITY<br>COMPANY, et al,<br>    Defendants. | )<br>)<br>) C.A. No. 14-144 Erie<br>)<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 14, 2014, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on February 3, 2015, recommended that Defendants' motion for involuntary dismissal [ECF No. 17] be granted and that this case be dismissed for Plaintiff's failure to prosecute. In light of this recommendation, it was further recommended that Defendants' motions to dismiss for failure to state a claim [ECF Nos. 7 and 9] be dismissed as moot. Service was made on Plaintiff by mail at 4210 Crosswinds Drive, Erie, PA, the last address of record, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 3rd day of March, 2015;

IT IS HEREBY ORDERED that Defendants' motion for involuntary dismissal [ECF No. 17] is GRANTED and that this case is dismissed for Plaintiff's failure to prosecute. It is further ORDERED that Defendants' motions to dismiss for failure to state a claim [ECF Nos. 7 and 9] are dismissed as moot.

The report and recommendation of Magistrate Judge Baxter, dated February 3, 2015, is adopted as the opinion of the court.

The Clerk shall mark this case closed.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record  ____